JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BATTERY CONSERVATION
INNOVATIONS, LLC,

   Plaintiff,

 v.

ATEN TECHNOLOGY, INC. d/b/a
IOGEAR,

   Defendant.

Case No. 8:20-cv-01257-JVS-DFM

**ORDER GRANTING JOINT
STIPULATION OF DISMISSAL**

  The parties have agreed to the terms set forth in the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the terms of the Stipulation, which shall be the Order of this Court.

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
United States District Judge
James V Selna

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28